**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**
MDD_SAGchambers@mdd.uscourts.gov

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
Fax (410) 962-1812

September 16, 2019

LETTER TO COUNSEL

    In light of my confirmation as a District Judge in the United States District Court for the District of Maryland, and because, to my knowledge, there are no ongoing settlement discussions in this matter, I am hereby terminating referral of this case to me for settlement proceedings. The Court would be happy to provide a new United States Magistrate Judge to assist in resolving this case. Should the parties wish to reengage in settlement discussions at any point, the parties should notify the trial judge, and the case will be reassigned.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge