IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELLEN JEAN MITCHELL, *et al.*,
   *Plaintiffs*,

v().

TARGET CORPORATION,
   *Defendant*.

Civil Action No. ELH-18-2908

## ORDER

In accordance with the foregoing Memorandum Opinion, it is this 18th day of October, 2019, by the United States District Court for the District of Maryland, hereby ORDERED:

1) The Motion (ECF 20) is GRANTED;

2) Judgment is entered in favor of defendant;

3) The Clerk is directed to CLOSE this case.

/s/
Ellen L. Hollander
United States District Judge